

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

1320 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

Our File No.
30683-100

July 31, 2017

B<sub>Y</sub> ECF
Honorable Raymond J. Dearie
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States ex rel. Gelman v. Donovan, et al., No. 12-cv-5142 (RJD) (SLT)</u>

Dear Judge Dearie:

We represent Relator Irina Gelman in the above-captioned action. The defendants' motion to dismiss the amended complaint is currently pending before the Court. This letter is respectfully submitted to advise the Court of the decision of the United States Court of Appeals for the Second Circuit in *United States ex rel. Chorches v. American Medical Response, Inc.*, No, 15-3930 (2d Cir., July 27, 2017) (copy attached), which was decided last week.

                                    Respectfully submitted,

                                      *s/ Kevin P. Mulry*

                                    Kevin P. Mulry

cc:    All counsel (By ECF)