

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

400 RXR Plaza
Uniondale, NY  11556
www.farrellfritz.com

Our File No.
30683-100

January 9, 2020

**BY ECF**

Honorable Sanket J. Bulsara
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States ex rel. Gelman, et al. v. Donovan, et al.*
                **No. 12-5142 (RJD) (SJB)**

Dear Judge Bulsara:

This letter is respectfully submitted on behalf of Relator and Defendants (the "parties") to advise the Court of the status of the settlement of this action.

The parties continue discussing final settlement issues among themselves and with the government attorneys.  As we noted in our letter of December 19, 2019, a discrete but important issue arose which Defendants' counsel are reviewing with their clients and have been discussing with attorneys for the Government and Relator.  We expect those discussions to continue and that the settlement documents will be finalized in the coming weeks.

Accordingly, the parties request that they provide a further status report to the Court by January 30, 2020, and they will advise the Court if they request a Court conference or other assistance in any matters concerning settlement.

                                                   Respectfully submitted,

                                                   *s/ Kevin P. Mulry*

                                                   Kevin P. Mulry

cc:    All counsel (By ECF)