UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA and
NEW YORK STATE, *ex rel. Irina Gelman, DPM*,

                              Plaintiffs,

    -against-                             **ORDER**
                                                          **CV 12-5142(RJD)**

GLENN J. DONOVAN, DPM, NEW YORK CITY
HEALTH and HOSPITALS CORPORATION and
PHYSICIAN AFFILIATE GROUP OF
NEW YORK, P.C.,
                              Defendants.
-----------------------------------------------------------------X
DEARIE, UNITED STATES DISTRICT JUDGE

      **ORDER ADOPTING REPORT AND RECOMMENDATION:**

      There being no objections to Magistrate Judge Bulsara's Report & Recommendation dated September 17, 2020, recommending that the parties' settlement agreement should be approved, the Court adopts the Report & Recommendation in its entirety.

**SO ORDERED.**

**Dated: Brooklyn, New York**
       **September 23, 2020**

                                                    */S/ Raymond J. Dearie*
                                                    **RAYMOND J. DEARIE**
                                                    **UNITED STATES DISTRICT JUDGE**